IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, et al., <br>           Plaintiffs, <br><br> v. <br><br> TORRENT PHARMACEUTICALS, LIMITED, et al., <br>           Defendants. | Civil Action No. 17-1163-RGA |

## ORDER

WHEREAS, the above-captioned case was stayed on January 16, 2018, due to litigation that is presently pending before the Court (see D.I. 47 in Lead Civil Action 17-462-RGA);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

Jan. 16, 2018
DATE

Richard G. Andrews
UNITED STATES DISTRICT JUDGE